USDC SCAN INDEX SHEET







USA

VONDETTE

MEG    11/7/97    9:56

3:97-M -02571

*1*

*CRCMP.*

AFFIDAVIT IN LIEU OF INDICTMENT

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

Magistrate's Docket No.
Case No.

FILED
OCT 28 1997
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'97 mg 2571

CLOSED

The accused __Michael J. Vondette__, now presented before __Anthony J. Battaglia__, United States Magistrate Judge, for arraignment and fixing of bail, has been charged before a United States Magistrate Judge in the __Eastern__ District of __New York__ at __Brooklyn/__, on __April 15, 1997__, with the offense that on or about __January 23, 1997__,
(Offense date)
at __Rock Hill, New York__ in violation of United States Code,
(Place of offense)
Title __21__, Section(s) __846 & 841(a)(1)__ the accused __Michael J. Vondette__
__Conspired with others to distribute approximately__
(Brief statement of offense charged)
__9000 pounds of Hashish which was part of a larger load of hashish that had come into California, and delivered to NY by truck.__
and a warrant for his arrest was issued on __4-15-97__.

Bond in the sum of __Detention__ has been recommended by an Assistant United States Attorney in the district in which the charges are pending.

DATED: __10/28/97__.

_____
Affiant
__Special Agent DEA__
Title

Lodged with me this __28__ day of __October__, 19__97__, in lieu of certified copy of complaint against the accused.

_____
United States Magistrate Judge

YES/rcs/cab 062292

# United States District Court

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA
V.

MICHAEL J. VONDETTE,
also known as "Glenn Titus,"
"M. J. Vondette," "Michael
J. Von Dette.," "Mike," "Big Guy" and "Big."

**WARRANT FOR ARREST**

CASE NUMBER: 97 M 572

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  MICHAEL J. VONDETTE, also known as "Glenn Titus," "M. J. Vondette," "Michael J. Von Detre," "Mike," "Big Guy" and "Big."
_Name_

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with _(brief description of offense)_

knowingly and intentionally conspiring to distribute and to possess with intent to distribute marijuana, a Schedule I controlled substance.

In violation of Title __21__ United States Code, Section(s) 841(a)(1), 841(a)(1), 841(b)(1)(A)(

Hon. Michael L. Orenstein
_Name of Issuing Officer_

_Signature of Issuing Officer_

U.S. Magistrate Judge
_Title of Issuing Officer_

April __5__, 1997
_Date and Location_

Bail fixed at $ _____ by _____
_Name of Judicial Officer_

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

LEL:BTR:br
F.#
BTR7010.COM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

MICHAEL J. VONDETTE,
also known as "Glenn Titus,"
"M. J. Vondette,"
"Michael J. Von Dette,"
"Mike," "Big Guy," "Big,"
and "Steve."
         Defendant.

C O M P L A I N T

M. No. 97M572

(T. 21, U.S.C., §§
841(a)(1),
841(b)(1)(A)(vii)
and 846 and T.18,
U.S.C., 2 and 3551
et seq.)

- - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, ss:

      EDWIN HOLMES being duly sworn, deposes and says that he is a Detective of the Nassau County Police Department assigned to the Drug Enforcement Administration, Marijuana Task Force, duly appointed according to law and acting as such. This complaint is based on information and belief the source of that information and the basis of my belief being personal observations and direct knowledge, discussions with other agents, and cooperating government witnesses which established that:

      In or about and between January 1993 and the date of this complaint, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MICHAEL J. VONDETTE also known as "Glenn Titus," "M. J. Vondette," "Michael J. Von Dette," "Mike," "Big Guy," "Big" and "Steve" and others did knowingly and intentionally conspire to distribute and to possess with intent to distribute

2

marijuana, a Schedule I controlled substance, in violation of Section 841(a)(1) of Title 21 of the United States Code.

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(vii); Title 18, United States Code, Sections 3551 et seq.).

1. I am a Detective of the Nassau County Police Department assigned to the Drug Enforcement Administration's, multi-ton marijuana task force which is comprised of the Drug Enforcement Administration ("DEA"), U.S. Customs Service ("Customs"), the Internal Revenue Service ("IRS") and members of the Nassau and Suffolk County's Police Departments. I have been a Police Officer for over 26 years. I have personally worked for 13 years in narcotic related investigations.

2. During the month of December 1996, DEA and Customs agents in Los Angeles, California conducted an undercover operation resulting in the seizure of 25 tons of hashish after a rendezvous with a mothership in the Pacific ocean. Investigation disclosed that 9000 pounds of this load was to be delivered to the greater New York area for distribution. After DEA transported the hashish to New Jersey a subsequent controlled delivery of the 9000 pounds of hashish was made in Rockhill, New York. As a result of this delivery, on January 23, 1997 defendant, Randall Resnick was arrested upon receiving delivery of the 9000 pounds of hashish.

4. In January of 1997, your deponent along with other agents and task force officers debriefed a cooperating individual

Case 3:97-mj-02571-AJB   Document 1   Filed 10/28/97   PageID.6   Page 6 of 17
OCT 20 '97 19:35 FR USDOJ US ATTYS OFC   516 228 4357 TO 16192371351   P.05/10

3

(CS#1) relative to the 9000 pounds of hashish. The confidential source (CI#1) stated that in 1993 he was introduced to "MIKE" (MICHAEL J. VONDETTE). The source, CS#1 stated that during June of 1996 he met again with "MIKE" at a restaurant in Rock Hill, New York. During that meet "MIKE" asked CS #1 if he had a place to park a trailer. "MIKE" then told CS#1 that he would recontact him at a later date. During the month of JUNE, 1996 the CS#1 was also provided with 1000 Quaalude tablets by "MIKE".

5. In September of 1996 another meeting took place between CS#1 and "MIKE" at the restaurant in Rock Hill, New York. During this meeting CS#1 stated that he paid $5,000 to "MIKE" for the 1000 Quaaludes "MIKE" had given him in June of 1996. In addition, during this meeting CS#1 received an additional 2000 Quaaludes from "MIKE". At this meeting CS#1 stated that "MIKE" further inquired about him parking a truck and told him he would be paid a 5 digit figure.

6. On or about Sunday, January 19, 1997 at approximately 7:00 p.m. hours "MIKE" arrived at the Rock Hill restaurant and met with CS#1. The source stated that at this meet "MIKE" stated to him, "It looks like it's coming in Wednesday," "MIKE" than asked him for directions to give to the trucker for the location of where the load would be delivered to. "MIKE" further stated to CS#1 that the trailer was coming in from California and requested to be taken to the site. CS#1 stated that he then drove "MIKE" to the off load site in his jeep.

4

7. On Tuesday, January 21, 1997 CS#1 stated that he received a telephone call from "MIKE" who stated to him that the truck was coming in on Wednesday. "MIKE" then asked the source if there were any problems up there or with weight on the road. CS#1 stated that "MIKE" also stated that there was a lot of weight on the truck.

8. On Wednesday, January 22, 1997 CS#1 stated that "MIKE" called him and asked him if the truck had arrived. Later that day at approximately 1:00 p.m. the source stated that "MIKE" called back and said that the truck would be late because there was no driver. Again later that day, at approximately 5:00 p.m. hours "MIKE" called the source. This time "MIKE" stated when the truck arrived to check the truck and driver out. At 11:30 p.m. the source stated that "MIKE" called and told him to go into the business (Resnick Equipment-the site of the off load) and see if the trucking company had made any attempt to contact CS#1 about the delivery. When CS#1 went inside he stated that shortly thereafter he received a call from the truck's driver stating that he would be there in 15 minutes. According to CS#1 "MIKE" called back and was told by the source that the truck had arrived. "MIKE" then reaffirmed his request to check out the truck and also to make sure that the truck was sealed.

9. On January 23, 1997 Randy Resnick was arrested after he took delivery of the 9000 pounds of hashish from the truck driver.

5

10. On January 21, 1997 the confidential source stated that he received a telephone call while at the Rock Hill restaurant from "MIKE." "MIKE" was informed by the source that the truck was in. At a later telephone call that day "MIKE" stated to the source that the team was together, everything is okay and he will be in touch with him either today or tomorrow. "MIKE" further inquired about the truck driver.

11. On April 7, 1997 the confidential source known here as CS#1 positively identified a photo of the defendant under the alias of "Glenn Titus" as "MIKE" or "BIG GUY" from a photo array. That photo matches a photograph of MICHAEL J. VONDETTE, obtained from N.Y.S. Department of Motor Vehicles. MICHAEL J. VONDETTE was previously convicted and served a federal prison sentence for hashish distribution.

12. On April 3, 1997 your deponent interviewed a confidential source herein referred to as CS#2. CS#2 stated to your deponent that "MIKE" has been supplying him with small quantities of marijuana since 1994. During several meetings and telephone contacts occurring during the 1995 period between "MIKE" and CS#2, the source learned that "MIKE" was involved in the distribution and sale of narcotics.

13. On or about late November early December, 1996 CS#2 stated that he received a telephone call from "MIKE" who said that he would be coming up to see him and that he was doing "some work". CS#2 understood that to mean that "MIKE" was doing some drug dealing.

Case 3:97-mj-02571-AJB   Document 1   Filed 10/28/97   PageID.9   Page 9 of 17
OCT 28 '97 19:36 FR USDOJ US ATTYS OFC    516 228 4357 TO 16192371351    P.08/10

6

14. On or about January 2, 1997 CS#2 received a telephone call from "MIKE". The source stated that during that call "MIKE" asked him to meet him at a diner. The source stated that he went and met with "MIKE" at the Colonial Diner in Middletown, N.Y. At this meeting "MIKE" further stated to CS#2 that he has product (narcotics) coming in and would be around for awhile. "MIKE" also stated to the source that "RANDY" (RESNICK) was involved and that they had worked out an agreement. The source stated that "MIKE" also gave him approximately 1/2 ounce of marijuana during the meeting.

15. On Tuesday, January 21, 1997 CS#2 stated that he again met with "MIKE" at the Colonial Diner in Middletown, N.Y. At this meeting "MIKE" asked him to hold some equipment for him. "MIKE" then placed two green large dufflebags and two or three yellow poncho raincoats in the source's car trunk. The source stated that the two duffle bags were very heavy.

16. On January 23, 1997 at 10:00 am CS#2 received a telephone call from "MIKE". The source stated that "MIKE" told him he was going to pick up the equipment. Later that day the source received a second telephone call from "MIKE" who asked CS#2 to meet him at a restaurant in Nyack, N.Y. CS#2 stated that he then drove down to Nyack in his Jeep and returned the equipment to "MIKE" at that time. "MIKE" was in the company of two white males. While "MIKE" was moving the equipment CS#2 observed an envelope seated on the front seat of "MIKE"'s vehicle. CS#2 stated that he took the envelope as insurance against "MIKE"

because earlier during this meet "MIKE" told CS#2 that he had a problem. "MIKE" then directed me to drive to the DODGE INN and meet with Randy (Resnick). "MIKE" told me there was a problem with the truck driver and the load of dope. He told me to tell Randy not to open the truck and to ask Randy if he needs any legals and call me ("MIKE") if he did and he would get contracts (money). Knowing that there was a problem with the load CS#2 believed that the envelope would help him out later on.

17. On April 3, 1997 CS#2 was arrested and surrendered the envelope that was taken from "MIKE" ( see paragraph # 16 ). Investigative analysis disclosed the envelope to contain various documents to include assorted identification including a N.Y. state driver's license in the name of Glen TITUS who CS#2 subsequently identified as "MIKE" or "BIG GUY".

18. On April 10, 1997, CS#3 viewed a photo array containing the photograph of the defendant MICHAEL J. VONDETTE. CS#3 is a multi-ton drug dealer who is cooperating with the government. CS#3 positively identified the photograph of the defendant as an individual whom CS#3 knew as "Big Guy" or "Steve." CS#3 has known the defendant for a number of years and indicated that in 1986-7 CS#3 and the defendant VONDETTE met with others on a number of occasions and smuggled and distributed one

Case 3:97-mj-02571-AJB   Document 1   Filed 10/28/97   PageID.11   Page 11 of 17
OCT 20 '97 19:36 FR USDOJ US ATTYS OFC   516 228 4357 TO 16192371351   P.10/10

8

ton of marijuana from Thailand to New York.

WHEREFORE, your deponent respectfully requests that the defendant MICHAEL J. VONDETTE be dealt with according to law.

EDWIN HOLMES
Detective
Nassau County Police Department
Deputized DEA Agent

Sworn to before me this
14th day of April, 1997.

UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

Magistrate Information Sheet

'97 mg 2571

1. Dis. Auth_____ 1A. USAO #_____ Ct.#_____ Agency # DE   2. Hg. Date_____
3. AUSA Tim   4. Mag. BAT.   5. Mat.Wit.: Cust: NO. Arraign M/W Release M/W Other
Def. # 1 of 1   6. Def Name: Michael J. Vondette   Soc.Sec.# 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
Alias: Glen Titus, M.S. Van   Birth Date 8-27-50
Address:_____

7. Flip? Yes (No) Charges 21 USC 841(a)(1)   8. Arrest Date Oct. 28, 1997
Penalties 5to/10yrs M/M   Place of Arrest: San Diego County Jail
Agent: Matt Mahoney   Phone #: 616-4406   Date Committed: 10-28-97
Agency: DEA   Program Category: Drug Violation

9. Custody? (Yes) No   10. Citizenship? (U.S.) Mex. Other_____

11. INS Status: Res Bcc Illegal Other_____
Prior Deports:_____   Prior VR's_____
Prior Record:_____

Drug Usage:_____   How Evidenced?_____
Cash on Def. $_____ Other Evidence_____
Agents Fact Summary:



Agents Bail Info (Employment, Family, Etc.)_____

Vehicle Seized (Describe)_____   Mat/Wit Atty:_____
12. Def. Atty: Apptd. Fid. To Retain   13. Def. Atty. Name_____
14. Plea: Guilty Count_____ NG Nolo   15. RCD? Yes No 16. Sent.
Con't Sent_____   16A. S.A. $_____ 17. Dism! Ct. Govt.
18. Next Court for_____ 19. Date_____ 20. Time_____ and for_____ on_____ at_____
21. Bond Set_____
Conditions_____
22. Pers Info_____
23. Sentencing Guidelines:_____
24. Potential Forfeitures_____


Gov't Sent Recommendation:_____
Defendant's Sent Recommendation:_____
Probation Dept Recommendation:_____


Rev: 8/90

LEE:BTR:br
F.#96043350
BOP7070.IND

971010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
LONG ISLAND OFFICE

OCT 31 1997

PLATT, J.
ORENSTEIN, M.

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MICHAEL J. VONDETTE,
also known as "Glenn Titus,"
"M. J. Vondette,"
"Michael J. Von Dette,"
"Mike," "Big Guy," "Big,"
and "Steve,"

        Defendant.

- - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. _____
(T. 21, U.S.C., §§
841(a)(1),
841(b)(1)(A)(vii),
846, 848(a), 853,
960(b)(1)(G),
963; T. 18, U.S.C.,
§§ 2 and 3551 et
seq.)

THE GRAND JURY CHARGES:

COUNT ONE
(Continuing Criminal Enterprise)

1. In or about and between January 1981 and the date of this indictment, within the Eastern District of New York and elsewhere, the defendant MICHAEL J. VONDETTE, also known as "Glenn Titus," "M. J. Vondette," "Michael J. Von Dette," "Mike," "Big Guy," "Big," and "Steve" (hereinafter MICHAEL J. VONDETTE), and others, did knowingly and intentionally engage in a continuing criminal enterprise in that he committed violations of Title 21, United States Code, Sections 841, 843(b), 846, 952, 959, 960 and 963, involving an amount in excess of one thousand kilograms of hashish, a preparation and mixture containing marijuana, and marijuana, Schedule I controlled substances, which violations were part of a continuing series of violations of said

2

statutes undertaken by the defendant MICHAEL J. VONDETTE in concert with five or more persons with respect to whom the defendant MICHAEL J. VONDETTE occupied the position of organizer, supervisor and manager and from which continuing series of violations the defendant MICHAEL J. VONDETTE obtained substantial income and resources.

(Title 21, United States Code, Section 848(a); Title 18, United States Code, Sections 2 and 3551 et seq.).

## COUNT TWO
(Conspiracy to Import)

2. In or about and between January 1993 and the date of this indictment, within the Eastern District of New York and elsewhere, the defendant MICHAEL J. VONDETTE and others did knowingly and intentionally conspire to import into the United States from a place outside thereof hashish, a preparation and mixture containing marijuana, and marijuana, Schedule I controlled substances, in violation of Section 952(a) of Title 21, United States Code.

(Title 21, United States Code, Sections 963 and 960(b)(1)(G); Title 18, United States Code, Sections 3551 et seq.).

## COUNT THREE
(Conspiracy to Distribute and
Possess with the Intent to Distribute)

3. In or about and between January 1993 and the date of this indictment, both dates being approximate and inclusive,

3

within the Eastern District of New York and elsewhere, the defendant MICHAEL J. VONDETTE and others did knowingly and intentionally conspire to distribute and to possess with intent to distribute hashish, a preparation and mixture containing marijuana, and marijuana, Schedule I controlled substances, in violation of Section 841(a)(1) of Title 21, United States Code.

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(vii); Title 18, United States Code, Sections 3551 et seq.).

### COUNT FOUR
(Forfeiture)

4. The allegations in Counts One through Three are hereby realleged and incorporated by reference as if fully set forth herein.

5. As a result of his commission of the offenses set forth in Counts One through Three, the defendant MICHAEL J. VONDETTE shall forfeit to the United States any and all property constituting and derived from any proceeds the defendant obtained directly or indirectly as a result of such criminal conduct; any and all property used and intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count One through Three of this Indictment; and any of the defendant's interest in, claims against and property and contractual rights affording a source of control over the said continuing criminal enterprise.

4

6. The interest of the defendant MICHAEL J. VONDETTE subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853 include, but are not limited to, at least $10,000,000, which amount includes, but is not limited to the following assets of the defendant:

   a. All right, title and interest of the defendant in real property located at 2078 11th Lane, Lake Erwin, California 92314, Assessor's Parcel Number 0315-076-02, Big Bear Woodlands Lot 2, Block 11, San Beranadino County, held in the name of the defendant MICHAEL J. VONDETTE;

   b. All right, title and interest of the defendant in real property located at 2080 11th Lane, Lake Erwin, California 92314, Assessor's Parcel Number 0315-076-26, Big Bear Woodlands Lots 3 and 4, Block 11, San Bernadino County, held in the name of the defendant MICHAEL J. VONDETTE;

   c. All right, title and interest of the defendant in real property located at 17465 Mountainview Road, Sisters, Oregon, Deschutes County, Lot #38, Block #41, Volume #181, Page 840, Squawcreek Canyon Recreation Estates 1st Addition, held in the name of the defendant MICHAEL J. VONDETTE;

   d. All Funds on Deposit in: Merrill Lynch Account Numbers 207-85k24, 207-85k27 and 207-78610 in the name of defendant MICHAEL J. VONDETTE; and Bank of America Account Numbers 09325-01415, 09324-85140, 09322-85141, 09329-86355, 09327-86356, 09328-86979, 09324-89680 in the name of defendant MICHAEL J. VONDETTE.

7. If as a result of any act or omission of defendant MICHAEL J. VONDETTE any of the property forfeitable pursuant to Title 21, United States Code, Section 853

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of such forfeitable property.

(Title 21, United States Code, Section 853).

A TRUE BILL

*/s/ Jonathan W. Love*
FOREPERSON

ZACHARY W. CARTER
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: */s/ Annette E. Orner*
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.131